PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00109-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KATTERIN MCCRAY, | DATE: June 8, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 8, 2022.

2. By this stipulation, the parties move to continue the status conference until September 14, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 8, 2022, and September 14, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about May 4, 2022, consisting of 418 Bates-stamped items, including reports of investigation, photos, body worn camera recordings, certified conviction records, and a summary of defendant's criminal history.

    b) Counsel for defendant desires additional time to review discovery, consult with

1  his client, conduct investigation and research related to the charges, and to otherwise prepare for
2  trial.  The government has informed defense counsel it will prepare and transmit a plea offer at
3  his request.
4        c)     Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny the defense reasonable time necessary for effective preparation, taking
6  into account the exercise of due diligence.
7        d)     Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10       e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of June 8, 2022 to September 14,
12 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it
13 results from a continuance granted by the Court request on the basis of the Court's finding that
14 the ends of justice served by taking such action outweigh the best interest of the public and the
15 defendant in a speedy trial.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 31, 2022                                            PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                                                    /s/ CHRISTOPHER D. BAKER
                                                                                    CHRISTOPHER D. BAKER
                                                                                    Assistant United States Attorney

Dated:  May 31, 2022                                            /s/ ROBERTO DULCE
                                                                                    ROBERTO DULCE
                                                                                    Counsel for Defendant
                                                                                    KATTERIN MCCRAY

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 8, 2022, to **September 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 1, 2022**                                       /s/ Barbara A. McAuliffe
                                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME       3
PERIODS UNDER SPEEDY TRIAL ACT