PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATTERIN MCCRAY,<br><br>Defendant. | CASE NO. 1:22-CR-00109-DAD-BAM<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER<br><br>DATE: September 6, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. District Judge Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 11, 2022, the parties filed a plea agreement. ECF No. 13.

2. The parties request the Court schedule a change of plea hearing for September 6, 2022.

3. By previous order, the Court excluded time from calculation under the Speedy Trial Act through and including September 14, 2022. ECF No. 12.

///

///

///

1

IT IS SO STIPULATED.

Dated:  August 12, 2022 PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated:  August 12, 2022 /s/ ROBERTO DULCE
ROBERTO DULCE
Counsel for Defendant
katterin mccray

## ORDER

Pursuant to the stipulation of the parties, this case is scheduled for a change of plea hearing on September 6, 2022 at 8:30 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated:   **August 14, 2022**

UNITED STATES DISTRICT JUDGE