Roberto R. Dulce (State Bar Number 168910)
2014 Tulare St., Suite 633
Fresno, CA 93721
Telephone: (559) 214-0320

Attorney for Defendant
Ketterin McCray

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATTERIN MCCRAY,<br><br>    Defendant. | Case No. 1:22-CR00109<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER**<br><br>DATE: November 28, 2022<br>TIME; 8:30 A.M.<br>COURT:Honorable Judge Ana de Alba |

## STIPULATION

Defendant Katterin McCray, by and through his counsel of record, Roberto R. Dulce, and plaintiff United States of America, by and through its counsel of record, hereby stipulates as follows:

1. On September 6, 2022, defendant Katterin McCray plead guilty to a single count of Felon in Possession of a Firearm in violation of 18 U.S.C. 922(g)(1).

2. By previous order, this matter was scheduled for a sentencing hearing on December 12, 2022.

3. By this stipulation, the parties move to continue the sentencing hearing to January 30, 2023, at 8:30 a.m., or at the Court's earliest convenience.

4. The parties agree and stipulate, and request that the Court find the following:

    a. A Presentence Investigation Report was filed with the Court by United States Probation Officer Jesse Mora on October 31, 2022.

  b. Counsel for defendant McCray desires additional time to review the 22 page report, conduct investigation and research related to the contentions therein, consult with his client, and to otherwise prepare for the sentencing hearing.

  c. Counsel for defendant McCray believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. Based on the above-stated findings, the ends of justice are served if the Court grants a continuance of the sentencing hearing that is currently set for December 12, 2022.

IT IS SO STIPULATED.

DATED: November 29, 2022  PHILLIP A TALBERT
             United States Attorney

             /s/ ARIN HEINZ_____
              ARIN HEINZ
              Assistant United States Attorney

DATED: November 29, 2022

             /s/ ROBERTO R. DULCE
              ROBERTO R. DULCE
              Attorney for defendant Katterin McCray

IT IS SO ORDERED.

 Dated: November 29, 2022                 
                  UNITED STATES DISTRICT JUDGE