**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**
**REQUEST FOR RECALL OF WARRANT**
**AND UNSEALING OF PETITION**


**Honorable Dale A. Drozd**            **RE:  Katterin  McCray**
                                                       **Katerrin McCray (true name)**
**Fresno, California**                      **Docket:  0972 1:22CR00109-1**


Your Honor:

On April 27, 2026, an Amended Petition For Warrant or Summons For Person Under Supervision was filed with the Court to correct the name of the person under supervision. A warrant was mistakenly issued, and we respectfully request that the warrant issued on 4/27/2026 be recalled, and the Amended Petition for Warrant or Summons For Person Under Supervision (document 40) be unsealed.

       **Respectfully submitted,**                              **Reviewed by,**

       **Chris C Frausto**                              **Daniel  Alejandro**
**United States Probation Officer**        **Supervisory United States Probation Officer**


**Dated:**   June 8, 2026
                 Bakersfield, California

1

**RE:    Katterin  McCray**
       **Docket Number:   0972 1:22CR00109-1**

REV. 11/2022

---

**THE COURT ORDERS:**

☒  The warrant issued 4/27/2026 is recalled and the Amended Petition (document 40) is unsealed.

☐  Other:

**DATED: June 9, 2026**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

cc:    Brendan  Daly
        Assistant United States Attorney

        Laura  Myers
        Defense Counsel

REV. 11/2022
CAE__REVISED FINAL PSR_SENTENCING RECOMMENDATION (MEMO)