HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KATERRIN McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATERRIN McCRAY,<br><br>Defendant. | Case No. 1:22-cr-00109-TLN-EPG<br><br>STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER<br><br>Date: July 13, 2026<br>Time: 9:30 AM<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Brendan Daly, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Katerrin McCray, that the dispositional hearing scheduled for June 15, 2026, may be continued to July 13, 2026, at 9:30 a.m.

On April 21, 2026, Mr. McCray made an initial appearance for a petition alleging violations of his supervised release.  On April 23, 2026, he entered admissions to the charges.  A dispositional hearing was set for June 15, 2026.

The probation officer filed a dispositional memorandum on June 5, 2026.  Due to limitations imposed by Lerdo Pretrial Facility on remote access to counsel, defense counsel was not able to review the dispositional memorandum with Mr. McCray until June 11, 2026.  At that time, counsel and Mr. McCray determined that additional time for defense investigation and preparation would be beneficial.

In light of the above, a continuance of the sentencing hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources.  This brief continuance will provide defense counsel with the necessary time to ensure that Mr. McCray is fully prepared for the dispositional hearing.

The parties have consulted with Mr. McCray's probation officer, who does not object to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2026                    /s/ Laura Myers
                                       LAURA MYERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       KATERRIN McCRAY

ERIC GRANT
United States Attorney

Date: June 11, 2026                    /s/ Brendan Daly
                                       BRENDAN DALY
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the dispositional hearing previously scheduled for June 15, 2026, is hereby continued to July 13, 2026, at 9:30 a.m., in Courtroom 5 in Fresno before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated:    **June 11, 2026**                    _____
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE

McCray – Stipulation to Continue Dispositional Hearing          -2-