HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
KATERRIN McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>KATERRIN McCRAY,<br>*Defendant.* | Case No. 1:22-cr-109-TLN-EPG<br><br>ORDER FOR RELEASE |

On July 13, 2026, the Court sentenced the defendant to a term of custody of time served. Accordingly, IT IS HEREBY ORDERED that defendant Katerrin McCray (USMS No. 95903-509) shall be immediately released.

Dated: July 13, 2026

HONORABLE TROY L. NUNLEY
United States District Judge