ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATTERIN MCCRAY,

Defendant.

CASE NO. 1:22-CR-00109

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE.

Date: October 8, 2026
Time: 2:00 PM
Judge: Hon. Erica P. Grosjean

The parties stipulate as follows:

1. On July 13, 2026, Katterin McCray was placed on his second term of supervised release following a conviction of 18 U.S.C § 922(g)(1), Felon in Possession of a Firearm.

2. On September 10, 2026, United States Probation Office filed a Petition for Warrant or Summons For Person Under Supervision for: (1) Unlawful Use of a Controlled Substance, (2) Failure to Notify of Change of Residence, (3) Association with Prohibited Person(s), (4) Failure to Notify of Law Enforcement Contact, (5) Failure to Comply with Location Monitoring Requirements, (6) Unlawful Use of a Controlled Substance, and (7) Failure to Follow Instructions of the Probation Office .

3. Mr. McCray's initial appearance was on September 14, 2026.

4. The first status conference is scheduled for October 8, 2026. The parties have met and conferred and agreed to a brief continuance to engage in discussions regarding potential resolution of the matter.

Dated: October 6, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ BRENDAN D. DALY
BRENDAN D. DALY
Assistant United States Attorney

Dated: October 6, 2026

/s/ LAURA MYERS
LAURA MYERS
Counsel for Defendant

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference. The Court finds there is good cause for the continuance to allow for negotiations regarding possible resolution of the case.

Therefore, for good cause shown:

1. The status conference regarding supervised release violation is continued from October 8, 2026, until **October 15, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.**

IT IS SO ORDERED.

Dated: **October 6, 2026**

Erin Sky Castillo

UNITED STATES MAGISTRATE JUDGE